

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00307-CV

_____

IN RE JOSHUA KNIGHT, Relator

---

Original Proceeding
96th District Court of Tarrant County, Texas
Trial Court No. 096-323236-21

---

Before Birdwell, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION**

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: July 9, 2024